## Second Department, January, 1984

## (January 17, 1984)*

■ Mary A. Marando, Respondent-Appellant, v Nicholas Marando, Appellant-Respondent. The State of New York ex rel. Nicholas Marando on Behalf of John J. Marando, Appellant, v Mary A. Gibbons, Respondent. — On the court's own motions, its orders and decisions, all dated January 3, 1984 (99 AD2d 464, 476) on the above two-entitled appeals are recalled and vacated. ¶ The decisions and orders in question were issued due to an administrative error. Titone, J. P., Gibbons, O'Connor and Rubin, JJ., concur.

* Not published with other decisions of January, 1984, 99 AD2d 462 *et seq.* [Rep.